IN RE SMITH

No. 307P82.

Case below: 56 N.C. App. 142.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

KAPLAN SCHOOL SUPPLY v. HENRY WURST, INC.

No. 271P82.

Case below: 56 N.C. App. 567.

Petition by defendants and third-party plaintiffs for discretionary review under G.S. 7A-31 denied 13 July 1982.

LUCAS v. BURLINGTON INDUSTRIES

No. 366PA82.

Case below: 57 N.C. App. 366.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 13 July 1982.

McLEAN v. ROADWAY EXPRESS

No. 212PA82.

Case below: 56 N.C. App. 451.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 13 July 1982.

MORROW v. KINGS DEPARTMENT STORES

No. 320P82.

Case below: 57 N.C. App. 13.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.